AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia ▼

FILED
JAN 2 2 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| Leslie Tyler-Perkins )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>Virginia Community College System and )<br>Commonwealth of Virginia )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 3:18-cv-00872 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Commonwealth of Virginia
> Attn: Mark R. Herring, Attorney General of Virginia
> Office of the Attorney General
> 900 E. Main Street
> Richmond, Virginia 23219
> (City of Richmond)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> James B. Thorsen, Esq.
> ThorsenAllen LLP
> 5413 Patterson Ave., Suite 201
> Richmond, VA 23226

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Fernando Galindo,*
*CLERK OF COURT*

Date: December 19, 2018

_\D. Beal_
*Signature of Clerk or Deputy Clerk*

# Affidavit of Service
SERVICE BY PRIVATE PROCESS

**Office Use Only**
Priority: *Standard*
Attorney: *James B. Thorsen, Esq.* Firm: *ThorsenAllen, LLP*
RE: *Leslie Tyler-Perkins v. Virginia Community College System and Commonwealth of Virginia*
File/Case #: *3:18-cv-000872*
Client Matter: *LESLIE PERKINS* Internal Reference: *1010768*

I, the undersigned __Ron Watson__ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the __26__ day of __Dec__, 2018, at __12:58__ AM/**PM**, I served:

*Commonwealth of Virginia*
*c/o Mark Herring, Attorney General*
~~900 E. Main Street~~ 202 N 9th St
*Richmond, Virginia 23219*

the attached: **COMPLAINT & SUMMONS IN A CIVIL ACTION**

☐ Personal Service: _____

☐ Registered Agent: _____

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: __Melinda Edwards__

☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: _____

☐ Posted on the front door or other such entrance as appears to be the main entrance.

☐ Not Found/Unable to Serve

Process Server:
_[signature]_
J W Logistics
4312 Eubank Road
Henrico, Virginia 23231

Attempt: _____
Wrong Address: _____



Commonwealth of Virginia
County of Henrico
Subscribed and sworn before me this __15th__ day of __January__, ~~2018~~ 2019

_[signature]_
Notary Public